IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ANDERSON DESIGN GROUP, INC.,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-11003

Judge Jorge L. Alonso

Magistrate Judge Keri L. Holleb Hotaling

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 10 | yangzuliang6252 |
| 20 | ANERZA |
| 22 | PTSTPS |
| 31 | qianqianyuanshan |
| 38 | Tatsushio |
| 56 | MUCHENGGIFT Gifts LTD |
| 57 | GoodlW |
| 62 | TailorHive |
| 64 | ThreadArt |
| 113 | MLi Poster |
| 116 | Diverse Poster Wall Art |
| 126 | Beautiful Art Poster |
| 135 | DIY HOME ART |
| 136 | Artical Zoo |
| 168 | JoyCatF |
| 169 | JoyCatE |
| 173 | DIY Art Maker |

DATED: November 5, 2025          Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
IL Bar No. 6207971; FL Bar No. 1036084
Keith A. Vogt PLLC
15275 Collier Boulevard, Ste. 201-2061
Naples, Florida 34119-6750
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on November 5, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                                */s/ Keith A. Vogt*
                                                Keith A. Vogt